UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIE LILLY, Individually and as a Representative of the Estate of Edna Spells, | § § § § | |
| Plaintiff. | § § | |
| VS. | § | CIVIL ACTION NO. 4:20-cv-03478 |
| SSC HOUSTON SOUTHWEST OPERATING COMPANY LLC, | § § § § § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On September 15, 2021, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 32. Judge Edison filed a Memorandum and Recommendation on January 4, 2022, recommending that Defendant SSC Houston Southwest Operating Company LLC's Motion for Summary Judgment (Dkt. 26) be **DENIED**. *See* Dkt. 37.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 37) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant SSC Houston Southwest Operating Company LLC's Motion for Summary Judgment (Dkt. 26) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 24th

Signed on January 24, 2022, at Houston, Texas.

_____
George C. Hanks, Jr
United States District Judge